```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

BOLARINWA ANDREW ADEYALE         :

                                      :

   v.                            :   Civil Action No. DKC 15-3337
                                           Criminal No. DKC 10-0596-002

UNITED STATES OF AMERICA         :

                                      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of February, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to vacate sentence filed by Petitioner Bolarinwa Andrew Adeyale (ECF No. 386) BE, and the same hereby IS, DENIED;

2. A certificate of appealability BE, and the same hereby IS, DENIED; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to Petitioner and counsel for the Government and CLOSE Civil Action No. DKC 15-3337.

                                                                          /s/
                                             DEBORAH K. CHASANOW
                                             United States District Judge